UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YULIYA FASMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, Discover Financial Services, Inc. a/k/a Discover Bank, and John Does 1-25

Defendants.

Civil Action No: 19-333

ORDER

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DISCOVER FINANCIAL SERVICES, INC.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys for the plaintiff Yuliya Fasman ("Plaintiff") and defendant Discover Financial Services, Inc. ("Discover") to the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims, counterclaims, and/or cross claims that were or could have been made herein are hereby dismissed as against Discover without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), in all forums, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FURTHER AGREED**, that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: New York, New York
       March 18, 2019.

/s/
Uri Horowitz
Horowitz Law, PLLC
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com
*Counsel for Plaintiff*

/s/ Casey D. Laffey
Casey D. Laffey
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
Phone: (212) 549-5400
*Counsel for Defendant Discover Financial Services Inc.*

The Clerk of the Court is directed to TERMINATE Discover Financial Services as a Defendant

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: March 19, 2019
Central Islip, NY